UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSICA AYALA, individually and as Guardian
For Victor Rios, and WESTCHESTER RESIDENTIAL
OPPORTUNITIES, INC.,

                Plaintiffs,                  21 Civ. 9779 (NSR)(JCM)

     -against-                     **NOTICE OF APPEARANCE**

SAW MILL LOFTS, LLC, and GINSBURG
DEVELOPMENT COMPANIES, LLC,

                Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for:

defendant Saw Mill Lofts, LLC and Ginsburg Development Companies, LLC.

Dated: Hawthorne, New York
       February 9, 2022

                                                    Mark D. Ginsburg, Esq. (MG 2135)
                                                    Ginsburg & Redmond, P.C.
                                                    Attorneys for Defendants
                                                    Saw Mill Lofts, LLC and Ginsburg
                                                    Development Companies, LLC
                                                    245 Saw Mill River Road
                                                    Hawthorne, New York 10532
                                                    E-mail Address: mdginsburg@grlawpc.com
                                                     Telephone Number: (914) 495-3515
                                                     Facsimile Number: (914) 495-3520