MEMO ENDORSED

Law Offices of
## JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

November 30, 2023

BY ECF

Hon. Nelson Roman
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

RE:   *Ayala, et al. v. Saw Mill Lofts LLC, et al.*
      Docket Number 21 Civ. 9779 (NSR) (JCM)

Dear Judge Roman:

I represent the Plaintiffs in the above referenced action and with Defendants consent, submit this joint application seeking an adjournment of the telephone status conference scheduled before Your Honor for December 4, 2023.

Terms for settlement were agreed to by the parties during a voluntary mediation held on October 11, 2023 and the parties are presently finalizing a settlement agreement that will fully resolve the pending action. On November 16, 2023, Magistrate Judge Judith C. McCarthy adjourned the discovery deadline in this action until December 29, 2023 on this basis.

Consequently, we respectfully request an adjournment of the December 4, 2023 status conference.

Thank you very much for your consideration.

Respectfully,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

---

**In light of the extension of the discovery deadline, the parties' joint request to adjourn the Status Teleconf before Judge Román from Dec. 4, 2023 until Jan. 4, 2024 at 3:45 pm is GRANTED. Dial-in instructions can be found at ECF No. 100. Clerk of Court is requested to terminate the motion at ECF No. 107.**
**Dated: December 1, 2023**
**White Plains, NY**
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2023

**Law Offices of**
**James E. Bahamonde, P.C.**

November 30, 2023
Page   - 2 -

cc:  (via ECF)
Mark D. Ginsberg, Esq.
Steven C. Bagwin, Esq.
*Attorneys for Defendants*